JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND; AND TRUSTEES OF THE INTERNATIONAL TRAINING FUND,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>VISION MECHANICAL SERVICES, INC. a California corporation, AND RICHARD JACK PULLEN, an individual,<br><br>　　　　　　　Defendants. | CASE NO.: CV10-8356 JFW (JCGx)<br><br>ASSIGNED TO THE HONORABLE JOHN F. WALTER<br><br>**JUDGMENT** |

**JUDGMENT**

1    This action having been commenced on November 3, 2010, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, et al., and against defendants Vision Mechanical Services, Inc. and Richard Jack Pullen, and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

Plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, Trustees of the Southern California Pipe Trades Retirement Trust Fund, Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund, Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund, Trustees of the Southern California Pipe Trades Christmas Bonus Fund, Trustees of the Apprentice and Journeyman Training Trust Fund, Trustees of the Plumbers and Pipefitters National Pension Fund, and Trustees of the International Training shall recover from defendants Vision Mechanical Services, Inc. and Richard Jack Pullen, jointly and severally, the principal amount of $50,322.92, together with pre-judgment and post-judgment interest thereon at a rate of eight percent (8%) per annum from November 15, 2010, until paid in full.

DATED: December 27, 2010

_____
UNITED STATES DISTRICT JUDGE